UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————

ERIK LARSEN, ET AL.,

                    Plaintiffs,

       - against -

OVATION-WORLDWIDE HOLDINGS LLC, ET
AL.,

                    Defendants.

————————————————————————————

26-cv-486 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed at the telephone conference held today, the plaintiffs may file an amended complaint by **March 23, 2026.**

The defendants may move or answer by **April 20, 2026.** If the defendants file a motion, the plaintiffs may respond by **May 11, 2026.** The plaintiffs may reply by **May 22, 2026.** If the defendants answer, the parties' Rule 26(f) report is due **May 11, 2026.**

SO ORDERED.

Dated:    New York, New York
          March 9, 2026

                                        John G. Koeltl
                               United States District Judge