UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERIK LARSEN, ET AL.,

                Plaintiffs,

   - against -

OVATION-WORLDWIDE HOLDINGS
LLC, ET AL.,

                Defendants.

26-cv-486 (JGK)

Order

---

**John G. Koeltl, District Judge:**

The conference scheduled for May 28, 2026, at 12:30 p.m. is **canceled**.

The Clerk is respectfully requested to close ECF No. 22.

SO ORDERED.

Dated:    New York, New York
           May 19, 2026

                John G. Koeltl
            United States District Judge